| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>JACOBS, DENNIS | 2. Court or Organization<br><br>Court of Appeals, 2d Circuit | 3. Date of Report<br><br>05/02/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -8 A 9: 18 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Fordham University School of Law -- Teaching | $ 3,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The Federalist Society for Law & Public Policy Studies, Washington, DC | November 16 - 18, 2006; participated in panel, room and meals provided |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Muni Bond: New York NY Ser B Book Entry Unltd Tax 8/15/96 | C | Interest | | | Full Call | 08/15 | L | | |
| 2. Muni Bond: New York, NY Rfdg - Ser A FSA-CR 7/23/98 | C | Interest | L | T | | | | | |
| 3. Muni Bond: New York City Ser H G/O Book Entry 1/28/97 | D | Interest | M | T | | | | | |
| 4. Muni Bond: New York State Twy Auth Svc. Hwy & Brdg 8/1/00 | B | Interest | | | Matured | 04/01 | K | | |
| 5. Muni Bond: New York NY Ser D FGIC 11/18/97 | C | Interest | L | T | | | | | |
| 6. Muni Bond: Long Island Pwr Au Elec Sys Gen Rv-A 5/1/98 | B | Interest | K | T | | | | | |
| 7. Muni Bond: Long Island Pwr Au Elec sys Rev GenMBIA 10/15/98 | C | Interest | L | T | | | | | |
| 8. Muni Bond: New York NY Ser H-FGIC-TCRS UNLTD/TAX 3/29/01 | B | Interest | K | T | | | | | |
| 9. Muni Bond: New York ST DORM AUTH REVS SER-B-E.T.M. 7/1/90 | B | Interest | K | T | | | | | |
| 10. Muni Bond: New York ST DORM AUTH REVS RFDG-ST UNIV 8/1/93 | C | Interest | L | T | | | | | |
| 11. Muni Bond: New York ST TWY AUTH SVC CRCT REV RFDG 8/15/98 | C | Interest | L | T | | | | | |
| 12. Muni Bond: New York ST TWY AUTH SVC CRTC REV RFDG F9/1/97 | B | Interest | K | T | | | | | |
| 13. Muni Bond: New York ST URB DEV CRP RV-B-CRCTL FACS 11/1/98 | C | Interest | L | T | | | | | |
| 14. Muni Bond: LI NY Pwr Au Elec Sys Gen Rv DTD 5/1/98 | D | Interest | M | T | | | | | |
| 15. Muni Bond: Greenwich NY Cent Sch Dist Rfdg DTD 6/24/02 | C | Interest | L | T | | | | | |
| 16. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser C 7/1/02 | C | Interest | L | T | | | | | |
| 17. Muni Bond: NY St TWY Auth Hwy & Brdg | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Rfdg Ser C 7DTD7/1/02 | | | | | | | | | |
| 18. Muni Bond: NY St Twy Auth Hwy & Brdg Rfdg Ser B DTD 7/1/00 | D | Interest | L | T | | | | | |
| 19. Muni Bond: NYS Twy Auth Svc Cont Rev Rfdg DTD 8/7/02 | C | Interest | L | T | | | | | |
| 20. Muni Bond: NY St UDC Corr & Youth Facs Svc Contract 11/26/02 | B | Interest | K | T | | | | | |
| 21. Muni Bond: NY Ser F MBIA IBC OID 11/21/96 | C | Interest | | | Full Call | 08/01 | K | | |
| 22. Muni Bond: New York NY Ser F MBIA IBC OID 11/21/96 | C | Interest | | | Partial Call | 10/05 | K | | |
| 23. Muni Bond: New York NY Ser E FGIC UT 11/21/96 | B | Interest | | | Full Call | 08/01 | K | | |
| 24. Muni Bond: New York NY Ser E FGIC U/T 11/21/96 | B | Interest | | | Full Call | 10/01 | K | | |
| 25. Muni Bond: NYS Dorm Au Rev Upstate CNMTY 3/3/05 | B | Interest | K | T | | | | | |
| 26. Muni Bond: NYC G/O Ser E Ref FSA 11/10/04 | B | Interest | K | T | | | | | |
| 27. Muni Bond: NYNY Ser L MBIA IBC 6/10/97 | B | Interest | K | T | | | | | |
| 28. Muni Bond: NYNY Ser L MBIA IBC 6/10/97 | B | Interest | K | T | | | | | |
| 29. Muni Bond: NYNY Ser L U/T MBIA 6/10/97 | B | Interest | K | T | | | | | |
| 30. Muni Bond: NYNY Ser L U/T MBIA 6/10/97 | B | Interest | K | T | | | | | |
| 31. Muni Bond: NYNY Ser H-FGIC 3/29/01 | | | L | T | Buy | 09/20 | L | | |
| 32. Muni Bond: NYNY Rfdg-SerG-6/3/02 | | | L | T | Buy | 12/13 | L | | |
| 33. Money Mkt: Smith Barney Muni NY Money | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Mkt. Portfolio | | | | | | | | | |
| 34. Checking: Chase Manhattan Bank, NYC | A | Interest | J | T | | | | | |
| 35. Checking: Amalgamated Bank of New York | A | Interest | | | Closed | 06/05 | J | | |
| 36. Chase Manhattan Mortgage Corp: Escrow Account | A | Interest | J | T | | | | | |
| 37. Fidelity Rollover IRA | G | Int./Div. | P1 | T | | | | | |
| 38. - Fidelity Spartan 500 Index | | | | | Partial Sale | 11/17 | N | F | |
| 39. - Vanguard Index Trust S&P 500 Portfolio | | | | | Sale | 11/17 | M | F | |
| 40. - Fidelity Cash Reserves | | | | | | | | | |
| 41. - Baron Growth Fund | | | | | Partial Sale | 11/17 | K | D | |
| 42. - Dodge & Cox Stock Fund | | | | | Partial Sale | 11/17 | L | D | |
| 43. - Royce Total Return Fund | | | | | Partial Sale | 11/17 | K | D | |
| 44. - American Growth Fund of America | | | | | | | | | |
| 45. - Dreyfus Mid-Cap Fund | | | | | | | | | |
| 46. - Bond: Fedl Home Loan Bank Bonds | | | | | | | | | |
| 47. - Bond: Fedl Farm Cr Bks Cons Bd | | | | | | | | | |
| 48. - Bond: Fedl Farm Credit Banks Funding Corp | | | | | | | | | |
| 49. - Bond: Fedl Home Ln Bk 5/13/11 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - Bond: Fedl Farm CR Bks FDG 12/20/10 | | | | | | | | | |
| 51. - Bond: Fedl Frm Cr BKS 4/11/12 | | | | | Sell | 11/17 | K | A | |
| 52. - Bond: Fedl Home Ln Bks Cons Bd 6/29/09 | | | | | Sell | 11/17 | K | A | |
| 53. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 54. - Bond: Fedl Home Ln Bk 11/15/11 | | | | | | | | | |
| 55. - Bond: Fedl Home Ln Bks Glbl 9/16/13 | | | | | | | | | |
| 56. - Bond: Fedl Home Ln Bks 02/13/05 | | | | | | | | | |
| 57. - Fidelity Contrafund | | | | | Buy | 11/17 | N | | |
| 58. - Selected American Shares CL D | | | | | Buy | 11/17 | M | | |
| 59. - Tweedy Browne Global Value Fund | | | | | Buy | 11/17 | M | | |
| 60. TIAA-CREF | None | L | T | | | | | | |
| 61. - CREF Stock Account | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With respect to Part VII. Investments and Trusts:

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date May 2, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544